GREENWOOD COUNTY and E. L. Brooks, S. A. Agnew, and E. I. Davis, Members of and Constituting the Finance Board of Greenwood County, and Harold L. Ickes, as Federal Emergency Administrator of Public Works, Appellants, v. DUKE POWER COMPANY and Southern Public Utilities Company, Appellees.

No. 3971.

Circuit Court of Appeals, Fourth Circuit.

Dec. 5, 1935.

For opinion below, see 12 F.Supp. 70.

W. H. Nicholson and R. F. Davis, both of Greenwood, S. C., D. W. Robinson, Jr., of Columbia, S. C., Henry T. Hunt and Alexander Holtzoff, Sp. Assts. to Atty. Gen., and Jerome N. Frank, Counsel, P. W. A., of Washington, D. C., for the appellants.

H. J. Haynsworth, of Greenville, S. C., W. S. O'B. Robinson, Jr., and J. H. Marion, both of Charlotte, N. C., and W. R. Perkins, of New York City, for appellees.

PER CURIAM.

On motion of appellant Harold L. Ickes, as Federal Emergency Administrator of Public Works, cause is remanded to the District Court.

Phillip W. HABERMAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Bernhard Knollenberg, of New York City (Lord, Day & Lord and Harry J. Rudick, all of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Morton K. Rothschild, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

Harry HACKWORTH, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7583.

Circuit Court of Appeals, Fifth Circuit.

Oct. 31, 1935.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

Harry Hackworth, in pro. per.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty. to U. S. Atty., all of Atlanta, Ga., for appellee.

PER CURIAM.
The judgment is affirmed.

Raymond Henry HALL v. UNITED STATES of America.

No. 1299.

Circuit Court of Appeals, Tenth Circuit.

June 24, 1935.

Kelly Brown, of Muskogee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.
Appeal dismissed, for failure to prosecute.